Arbary P. JACKSON, Appellant,

v.

Cranston MITCHELL, et al.,
Respondents.

No. WD 43903.

Missouri Court of Appeals,
Western District.

May 14, 1991.

Arbary P. Jackson, Jefferson City, pro se.

William L. Webster, Atty. Gen., Christine A. Alsop, Asst. Atty. Gen., Jefferson City, for respondents.

Before NUGENT, P.J., GAITAN and TURNAGE, JJ., and WASSERSTROM, Senior Judge.

ORDER

PER CURIAM:

Plaintiff appeals from the denial of injunctive relief and declaratory judgment.

The judgment is affirmed. Rule 84.16(b).

FIREARMS SECURITY, INC., et al., Respondents,

v.

ARMORY FACILITIES, LTD., et al., Respondents,

Sterling Lacquer Manufacturing Co., Appellant.

No. WD 43157.

Missouri Court of Appeals,
Western District.

May 14, 1991.

John F. Hanlon, Richard J. Magee, Clayton, for appellant.

Mark C. Piontek, Washington, for respondent Firearms Sec., Inc.

Before SHANGLER, P.J., and KENNEDY and FENNER, JJ.

ORDER

PER CURIAM:

Appeal from dismissal of counterclaim for rent. Appeal dismissed, § 512.020, RSMo 1986.

Rule 84.16(b).